FILED

AMERICAN SOCIAL
JUSTICE MOVEMENT Law Center
Robert Helstowski, Attorney at Law
515 S. Euclid Street
Anaheim, CA 92802
(714)535-2245

2014 FEB 13 AM 11:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD BAKEMAN<br><br>　　　　Plaintiffs<br>　　vs..<br><br>TRANS UNION, LLC; EQUIFAX, INC.; EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION, DOES 1-10<br><br>　　　　Defendants | Case No.   SACV14-00213 DOC (ANx)<br><br>**Complaint for Injunction, Damages, Declaratory Relief**<br>**(Fair Credit Reporting Act, 15 USC 1681 et seq.; Fair Debt Collection Practices Act, 15 USC 1692)** |

Plaintiff, Willard Bakeman, alleges as follows:

## FIRST CAUSE OF ACTION

(for damages and attorney's fees, for violation of Fair Claims Reporting Act and Fair Debt Collection Practices Act; by plaintiff against TRANS UNION, LLC; EQUIFAX INC.; EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION , Does 1-10)

COMPLAINT- 1

1. At all times herein mentioned, plaintiff and was a resident of San Diego County, California.

2. Defendant, TRANS UNION, LLC, is a limited liability company, licensed to do business and doing business in San Diego County, California, and in the business of reporting credit information as a credit reporting agency.

3. Defendant, EQUIFAX, INC., is a Delaware Corporation, licensed to do business and doing business in San Diego County, California, and in the business of reporting credit information as a credit reporting agency.

4. Defendant, EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION is a Delaware Corporation, licensed to do business and doing business in San Diego County, California, and in the business of reporting credit information as a credit reporting agency.

5. The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants herein named as DOE are unknown to plaintiffs at this time and plaintiffs therefore sue said defendants by such fictitious names. Leave of court will be sought to amend this complaint to show the true names and capacities of said defendants when the same has been ascertained. Plaintiffs allege that each defendant named as DOE is responsible in some manner for the injuries sustained by plaintiffs as alleged in this complaint.

6. At all times herein mentioned, each and every defendant was an agent and employee of each and every other defendant, and was acting within the course and scope of such agency and employment.

7. Defendants, and each of them, filed credit reports against plaintiff's credit record which were intended to be considered by potential lenders in assessing the plaintiff's creditworthiness. In doing so, the defendants, and each of them, listed four derogatory statements from Sallie Mae Corporation against the plaintiff. These entries were in fact the subject of a dispute under federal litigation in case number 13-cv-2807.

8. Plaintiff disputed these entries in writing to the defendants, and each of them, in December, 2013. The defendants, and each of them, had a duty under 15 USC 1692e(8), and 1692g, to reinvestigate to verify the claim before retaining the derogatory report of plaintiff's credit report. The defendants, and each of them, willfully and negligently failed to reasonably reinvestigate and verify the claim.

9. As a result of the foregoing, the plaintiff suffered financial harm resulting from his lowered credit score, in an amount to be shown according to proof.

10. The derogatory report made by Defendants, and each of them was false and misleading and also violated the Fair Credit Reporting Act, at 15 USC 1681 et seq., in that the Fair Credit Reporting Act is designed to give potential creditors a fair appraisal of a person's creditworthiness. A potential creditor who read the aforesaid reports would be informed and form the conclusion that the plaintiff had made four late payments, whereas in fact he had been late only time.

11. As a result of the wrongful actions of defendants, plaintiff has been denied credit, has lost business opportunities, and has suffered other financial damage, all to his actual damages, for which he seeks compensation according to proof.

12. As a further proximate result of the actions of defendants, plaintiff has been forced to expend money for costs of suit and for attorneys for which he seeks compensation under 15 USC 1681 et seq. He is also entitled to statutory damages of $1000 for each violation.

## SECOND CAUSE OF ACTION

(for damages and attorney's fees, for violation of Fair Claims Reporting Act and Fair Debt Collection Practices Act; by plaintiff against TRANS UNION, LLC; EQUIFAX INC.,; EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION , Does 1-10)

13. Plaintiff reincorporates and re-alleges as though fully set forth herein each and every allegation of the preceding causes of action.

14. In reporting the aforesaid false and misleading derogatory entries, the defendants, and each of them, reported the information when they knew, or should have known, that the information was false.

## THIRD CAUSE OF ACTION

(for declaratory relief, TRANS UNION, LLC; EQUIFAX INC.,; EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION Does 1-10)

15. Plaintiff reincorporates and re-alleges as though fully set forth herein each and every allegation of the preceding causes of action.

16. An actual controversy exists between plaintiffs and defendants concerning their respective rights and duties pertaining to plaintiff's rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act as they relate to the defendants' practices.

17. Plaintiffs seek a judicial determination and declaration of plaintiffs and defendants respective rights and duties; specifically, plaintiff seeks a declaration of the following:

1) That the defendants' unlawful reporting, after willful and negligent failures to comply with its statutory duties, must be stricken from plaintiff's credit reports. Such a declaration is appropriate at this time.

## FOURTH CAUSE OF ACTION

(for damages and attorney's fees, for violation of Fair Claims Reporting Act and Fair Debt Collection Practices Act; by plaintiff against TRANS UNION, LLC; EQUIFAX INC.,; EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION, Does 1-10)

18. Plaintiffs reincorporate and re-allege, as though fully set forth herein, each and every paragraph of the preceding causes of action.

19. Plaintiff had a previous collections account with Frontier Telephone, which was resolved and deleted at the request of the furnisher, Frontier telephone.

20. The defendants, and each of them, without any authorization from the furnisher, restored the debt to plaintiff's credit report, to plaintiff's financial damage. Plaintiff disputed the charge and requested that it be deleted. Defendants refused to do so.

21. In doing so the defendants knew, or should have known, that the obligation referenced did not in fact exist and that its reporting was false. This action was done in violation of 15 USC 1681s(1) to 2(b)(1)€(iii).

## FIFTH CAUSE OF ACTION

(for Injunction; by plaintiff against defendants
TRANS UNION, LLC; EQUIFAX INC.,; EXPERIAN DATA CORPORATION, and

EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION, Does 1-10)

22. Plaintiffs reincorporate and re-allege, as though fully set forth herein, each and every paragraph of the preceding causes of action.

23. Defendant TRANS UNION, LLC; EQUIFAX INC.,; EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, and EXPERIAN DATA CORPORATION, dba EXPERIAN SERVICES CORPORATION, Does 1-10, have damaged, and continue to damage, plaintiff's credit, and prevent him from obtaining credit, or making purchases, all to plaintiff's irreparable harm.

24. Plaintiff seeks an injunction that the defendants and each of them be enjoined from publishing derogatory credit information against plaintiff based on the matters now the subject of litigation in United States District Court case number 13-cv-2807, namely derogatory credit entries from Sallie Mae Corporation.

25. Plaintiff has no other plain, speedy, remedy at law and the injunctive relief prayed for is necessary and appropriate to prevent irreparable loss to plaintiffs.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against defendants, and each of them, as follows:

1. For declaratory relief.

2. For a permanent injunction against defendants.

3. For actual damages, to be shown according to proof.

4. For statutory damages of $1,000 per violation.

5. For attorney's fees under 15 USC 1681 et seq.

6. For general damages according to proof.

7. For costs of suit herein.

8. For such other and further relief as the Court may deem appropriate.

Dated: Feb. 4, 2014

_____
American Social Justice Movement Law Center,
By Robert Helstowski, attorney for plaintiff

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [ ])

WILLARD BAKEMAN

**DEFENDANTS** (Check box if you are representing yourself [ ])

TRANSUNION, LLC
EQUIFAX
EXPERIAN

**(b) County of Residence of First Listed Plaintiff** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

LAW OFFICE OF ROBERT HELSTOWSKI
515 S. EUCLID ST.
ANAHEIM CA 92802  714 535-2245

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No    [X] **MONEY DEMANDED IN COMPLAINT:** $ ACC. TO PROOF

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1681, 1692

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 895 Freedom of Info Act | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV14-00213 DOC (ANx)**

CV-71 (11/13)    CIVIL COVER SHEET    Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>[ ] Yes  [X] No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>[ ] Yes  [X] No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims?<br>(Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |
| Indicate the location in which a majority of claims arose: | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| [X] 2 or more answers in Column C | [ ] 2 or more answers in Column D |
| [ ] only 1 answer in Column C and no answers in Column D | [ ] only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br>If none applies, answer question C2 to the right. ➡ | Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | SOUTHERN |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _[signature]_      DATE: 2/12/14

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended, plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____David O. Carter_____ and the assigned Magistrate Judge is _____Arthur Nakazato_____.

The case number on all documents filed with the Court should read as follows:

### SACV14-00213 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

February 13, 2014
Date

By   A. Gonzalez
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☒ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)   NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES