| | |
|---|---|
| 1 | AMERICAN SOCIAL JUSTICE MOVEMENT Law Center |
| 2 | Robert Helstowski, Attorney at Law |
| 3 | 515 S. Euclid Street<br>Anaheim, CA  92802 |
| 4 | Telephone:  (714) 535-2245 |
| 5 | Attorneys for Plaintiff<br>WILLARD BAKEMAN |
| 6 | Nilab N. Rahyar (State Bar No. 272810) |
| 7 | nnrahyar@jonesday.com<br>JONES DAY |
| 8 | 3161 Michelson Drive, Suite 800<br>Irvine, California  92612 |
| 9 | Telephone:   (949) 851-3939<br>Facsimile:    (949) 553-7539 |
| 10 | Attorneys for Defendant |
| 11 | EXPERIAN INFORMATION SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLARD BAKEMAN,<br><br>         PLAINTIFF,<br><br>    v.<br><br>TRANS UNION, LLC; EQUIFAX, INC; EXPERIAN DATA CORPORATION DBA EXPERIAN SERVICES CORPORATION, DOES 1-10,<br><br>         DEFENDANT. | Case No. SACV14-00213 DOC (ANx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE THAT Plaintiff Willard Bakeman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached agreement on all material terms required to settle all of Plaintiff's claims against

1  Experian pending in this action.
2      The parties anticipate that the performance of the terms of the settlement
3  agreement will be completed within thirty (30) days of the date of this notice, at
4  which time, the parties shall file a Stipulation for Dismissal of the claims asserted
5  against Experian.

6  Dated: January 7, 2015          Respectfully submitted,

8                                  */s/ Robert Helstowski*
                                   Robert Helstowski, Attorney at Law
9                                  American Social Justice Movement
                                   Law Center
10                                 515 S. Euclid Street
                                   Anaheim, CA  92802
11
                                   *Attorneys for Plaintiff*
12                                 WILLARD BAKEMAN

13 Dated: January 7, 2015          Respectfully submitted,

15                                 */s/ Nilab N. Rahyar*
                                   Nilab N. Rahyar
16                                 Jones Day
                                   3161 Michelson Drive, Suite 800
17                                 Irvine, CA  92612
                                   Telephone:  (949) 553-7590
18                                 Facsimile:   (949) 553-7539

19                                 *Attorneys for Defendant*
                                   Experian Information Solutions, Inc.

# CERTIFICATE OF SERVICE

I, Nilab N. Rahyar, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **January 7, 2015**, I served, by electronic transmission, a copy of:

## JOINT NOTICE OF SETTLEMENT

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| American Social Justice Movement Law Center<br>Robert Helstowski, Attorney at Law<br>515 S. Euclid Street<br>Anaheim, CA 92802<br>Telephone: (714) 535-2245 | Attorney for Plaintiff<br>WILLARD BAKEMAN |
| Thomas P. Quinn, Jr.<br>Nokes & Quinn<br>410 Broadway, Suite 210<br>Laguna Beach, CA 92651<br>Telephone: (949) 376-3500<br>Facsimile: (949) 376-3070 | Attorneys for Defendant<br>EQUIFAX INC. |

Executed on **January 7, 2015**, at Irvine, California.

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar